Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  19−19887−VFP
                        Chapter:  13
                        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sidelis R. Rosario
   aka Sidelis Rosario Garcia
   77 South Munn Ave., Apt. 708
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−0269

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/31/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 31, 2019
JAN: jf

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Sidelis R. Rosario  
    Debtor

Case No. 19-19887-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: May 31, 2019  
                 Form ID: 148    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2019.
```
db             +Sidelis R. Rosario,    77 South Munn Ave., Apt. 708,    East Orange, NJ 07018-4306
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
518247749      +Advanced Collections, Inc.,    P.O. Box 6031,    Org. acct. #0040945082,    Clifton, NJ 07015-6031
518247774      +Bergen Anesthesia Assoc.,    718 Teaneck Rd.,    Teaneck, NJ 07666-4245
518247775       Bergen Anesthesia Assoc.,    Attn: Bankruptcy Dept.,    Teaneck, NJ 07666
518247781    ++++DITECH FINANCIAL, LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
               (address filed with court:  Ditech Financial, LLC,    332 Minnesota Street,    Ste. 610,
                 Saint Paul, MN 55101)
518247782      +Emergency Med. Consult of,    S. Jersey, LLC,    300 Central Ave.,    East Orange, NJ 07018-2819
518247813      +H.C.S. Collections, Inc.,    P.O. Box 306,    Org. acct. #23996,    Waldwick, NJ 07463-0306
518247814       Hy Cite/Royal Prestige,    (fax) (708) 562-0320,    hccustcare@hycite.com,    Madison, WI 53713
518247815      +Kaslander Lumber Company, Inc.,    373 North 5th Street,    Newark, NJ 07107-2305
518247850      +Mario Elizondo,    44 Lawrence Avenue,    West Orange, NJ 07052-4308
518247851      +Mario's Painting Corp.,    44 Lawrence Ave.,    West Orange, NJ 07052-4308
518247852      +Quality Asset Recovery,    Attn: Bankruptcy,    PO Box 239,    Gibbsboro, NJ 08026-0239
518247853      +Ragan & Ragan, P.C.,    3100 Route 138 West,    Brinley Plaza, Bldg. One,    Wall, NJ 07719-9020
518247854      +Sol Melia Vacation Club,    4700 Millenia Blvd.,    Ste. 240,    Orlando, Fl 32839-6103
518247857      +Underhill Associates LLC,    179 Underhill Road,    South Orange, NJ 07079-1330
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 01 2019 00:35:23     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 01 2019 00:35:19     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518247751      +EDI: AMEREXPR.COM Jun 01 2019 03:53:00      American Express Co.,    Attn: Correspondence Dept.,
                 P.O. Box 981540,    El Paso, TX 79998-1540
518247750      +EDI: AMEREXPR.COM Jun 01 2019 03:53:00      American Express Co.,    P.O. Box 297871,
                 Fort Lauderdale, Fl 33329-7871
518247752      +EDI: BANKAMER.COM Jun 01 2019 03:53:00      Bank of America, N.A.,    450 American Street,
                 Simi Valley, CA 93065-6285
518247773      +EDI: BANKAMER.COM Jun 01 2019 03:53:00      Bank of America, N.A.,    P.O. Box 26012,
                 NC4-105-03-414,    Greensboro, NC 27420-6012
518247777      +EDI: CHASE.COM Jun 01 2019 03:53:00      Chase Bank, N.A.,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
518247776      +EDI: CHASE.COM Jun 01 2019 03:53:00      Chase Bank, N.A.,    201 N. Walnut St.//Del-1027,
                 Wilmington, DE 19801-2901
518247778      +E-mail/Text: ering@cbhv.com Jun 01 2019 00:35:16     Collection Bureau Hudson,   Valley, Inc.,
                 155 North Plank Road,    PO Box 831,    Newburgh, NY 12551-0831
518247779      +EDI: CONVERGENT.COM Jun 01 2019 03:53:00      Convergent Outsourcing, Inc.,    Attn: Bankruptcy,
                 PO Box 9004,    Renton, WA 98057-9004
518247780      +E-mail/Text: bankruptcy.bnc@ditech.com Jun 01 2019 00:34:57     Ditech,    Attn: Bankruptcy,
                 PO Box 6172,    Rapid City, SD 57709-6172
518247783      +E-mail/Text: bky@martonelaw.com Jun 01 2019 00:34:08     Frank J. Martone, PC,
                 1455 Broad Street,    Bloomfield, NJ 07003-3068
518247849       E-mail/Text: camanagement@mtb.com Jun 01 2019 00:35:00     M&T Bank,    Attn: Bankruptcy Dept.,
                 1100 Wehrle Dr., 2nd Fl.,    Buffalo, NY 14221
518247855       EDI: TFSR.COM Jun 01 2019 03:53:00      Toyota Financial Services,    Attn: Bankruptcy,
                 PO Box 8026,    Cedar Rapids, IA 52409
518247856      +EDI: TFSR.COM Jun 01 2019 03:53:00      Toyota Motor Credit Corp.,    PO Box 5236,
                 Carol Stream,m IL 60197-5236
                                                                                              TOTAL: 15
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 31, 2019
                              Form ID: 148             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
          Kevin Gordon McDonald    on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 4
```